# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**

04/10/2026

**Clerk, U.S. District Court**
By: SND Deputy Clerk

**ISAAC COYOTE SERVIN,**

**Petitioner,**

**v.**                                                            **Case No. 26-3078-JWL**

**SAMUEL OLSON, ICE Field Office Director;**
**MARKWAYNE MULLIN, DHS Secretary;**
**UNITED STATES DEPARTMENT OF**
**HOMELAND SECURITY; PAMELA BONDI,**
**Attorney General; EXECUTIVE OFFICE FOR**
**IMMIGRATION REVIEW; and Warden,**
**Midwest Regional Reception Center,**

**Respondents.**

# JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is granted in part. Respondents are ordered either to release petitioner or to ensure that petitioner receives a bond hearing pursuant to 8 U.S.C. § 1226(a) on or before April 24, 2026, and they are further ordered to provide notice to this Court when such relief has been given. The Court denies petitioner's requests for other relief.

Entered on the docket 04/10/26

**Dated:  April 10, 2026**                    **SKYLER B. O'HARA**
                                              **CLERK OF THE DISTRICT COURT**

                                              s/S. Nielsen-Davis
                                              **Deputy Clerk**